UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) <br> ) <br> SARAH E. ALLEN ) <br> Debtor. ) <br> _____ ) <br> NANCY SILVER-HACKER, Personal Admin ) <br> of the Estate of Kirk Clawes, Deceased ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SARAH E. ALLEN ) <br> Defendant. ) | Bankruptcy No. 20 B 05391 <br><br><br><br><br><br> Adversary No. 20 A 00214 |

### ORDER ON DEFENDANT'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) FOR INSUFFICIENT SERVICE OF PROCESS

Rule 7004(b)(9) Federal Rules of Bankruptcy Procedure requires service of summons to be completed before the "case is dismissed or closed". In this case Summons and Complaint were not served until after the case was closed on June 29, 2020 (Dkt. #28). After that date the Defendant could not cure its defective service of summons, and the proceeding must be dismissed.

Defendant requests that dismissal be with prejudice so as to prevent the Plaintiff from seeking the relief it requests in any future proceeding. No persuasive cause has been shown for the Court to use its discretion to terminate the Plaintiff's substantive rights and that request is **denied**.

THEREFORE, the Adversary Complaint is dismissed without prejudice.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 22nd day of September 2020.