# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SARAH E. ALLEN,<br><br>                      Debtor. | Chapter 7<br>Bankruptcy No. 20-05391<br>Honorable Judge Jack B. Schmetterer |
| NANCY SILVER-HACKER,<br><br>                      Plaintiff.<br><br>          v.<br><br>SARAH E. ALLEN,<br><br>                      Defendant. | Adversary No. 20-00214 |

## ORDER ON MOTION TO VACATE ORDER OF DISMISSAL [DKT. NO. 25]

THIS MATTER COMING ON TO BE HEARD upon Plaintiff's Motion to Vacate Order of Dismissal, pursuant to the hearing held November 10, 2020 at 10:00 a.m., IT IS HEREBY ORDERED THAT:

1. Defendant to file Response by November 24, 2020.
2. Plaintiff to file Reply by December 1, 2020.
3. Status is set for December 8, 2020 at 10:30 a.m. This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-877-336-1839; Access Code: 3900709.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

DATED: November 10, 2020